UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TUCKER ARENSBERG, P.C.
Jordan S. Blask, Esq. (NJ I.D. # JB4173)
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone: (412) 566-1212
Fax: (412) 594-5619
Counsel to US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

In Re:
Erinaldo Candidio Braga

Case No.: 18-25713
Chapter: 13
Judge: Vincent F. Papalia

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___US Bank N.A., et al___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Jordan S. Blask, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 12/11/18

/s/ Jordan S. Blask
Signature

new.8/1/15