UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

**Order Filed on December 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Erinaldo Braga
               Debtors

Case No.: 18-25713

Adv. No.:

Hearing Date: 11/01/2018

Judge: Vincent F. Papalia

# ORDER RESOLVING MOTION TO ALLOW POWER OF ATTORNEY TO APPEAR ON BEHALF OF DEBTOR AT 341 HEARING

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 18, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Erinaldo Braga
Debtor's Case No: 18-25713(VFP)
Order Resolving Motion to Allow Power of Attorney to appear on behalf of Debtor at 341 Hearing

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order allowing power of attorney to appear on behalf of debtor at 341 hearing, and the Court having considered the papers submitted and any objections, and for good cause appearing;

**ORDERED**:

1. Debtor's counsel must serve creditors* with the date and time of the hearing once it is scheduled by the Trustee; at least seven days prior to the hearing:

2. Debtor's counsel must provide access for any creditor wishing to appear telephonically;

3. A notary public or embassy official must be physically present with the debtor to ensure that the person on the phone is the debtor in this case and must take all identification at that time. Said person shall provide a certification to the Trustee indicating that they were able to personally verify debtor's picture identification and proof of social security.

4. All of the necessary documentation required to conduct a 341a must be provided prior to the scheduling of the telephonic hearing.

5. Debtor's counsel will be responsible for setting up the telephone conference with the debtor, the Office of the Standing Trustee and all creditors, at Debtor's sole expense.

6. If the matter is not resolved, the parties will discuss the use of written Interrogatories.

*and any party that filed a Notice of Appearance with a copy of this Order and