Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−25713−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Erinaldo Candidio Braga
    PO Box 1042
    Bedminster, NJ 07921−1042

Social Security No.:
    xxx−xx−6915

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/20/18 and a confirmation hearing on such Plan has been scheduled for 10/18/18 @ 10:00 a.m..

The debtor filed a Modified Plan on 12/14/18 and a confirmation hearing on the Modified Plan is scheduled for 1/17/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: December 18, 2018
JAN: smz

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Erinaldo Candidio Braga
    Debtor

Case No. 18-25713-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Dec 18, 2018
                         Form ID: 186     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.
```
db             Erinaldo Candidio Braga,    PO Box 1042,    Bedminster, NJ 07921-1042
517687438     +Alexandra T. Garcia,    McCabe Weisberg & Conway,    216 Haddon Avenue,    Suite 303,
               Collingswood, NJ 08108-2811
517712055     +Citibank Home Depot,    c/o O'Brien & Taylor,    PO Box 505,    Caldwell, NJ 07007-0505
517712056      Colorado Capital,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517687439     +Emmanuel J. Argentieri,    Romano Garubo & Argentieri,    52 Newton Avenue,    PO Box 456,
               Woodbury, NJ 08096-7456
517687440      Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517751447     +Lancer Investments LLC,    Jerome OBrien Esq,    PO box 505,    West Caldwell NJ 07007-0505
517712067     +Maria Freitas,    190 Emmet St., #3,    Newark, NJ 07114-2720
517765263     +NCB Management Services Inc,    1 Allied Dr,    Trevose PA 19053-6945
517712061     +New Century Financial,    c/o Pressler & Pressler, L.L.P.,    7 Entin Road,
               Parsippany, NJ 07054-5020
517712068     +Roberto Teixeira,    190 Emmet St., #2,    Newark, NJ 07114-2720
517712062      Shellpoint Mortgage Servicing,    PO Box 51850,    Livonia, MI 48151-5850
517687442      Shellpoint Mortgage Servicing,    PO Box51850,    Livonia, MI 48151-5850
517712063     +Specialized Laon,    Specialized Laon Servicing, LLC,    8742 Lucent Blvd., Ste. 300,
               Littleton, CO 80129-2386
517687443     +Specialized Laon Servicing, LLC,    8742 Lucent Blvd., Ste. 300,    Littleton, CO 80129-2386
517687444     +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517687445     +Stern Lavingthal & Frankenberg,    105 Eisenhower Parkway, ste. 302,    Roseland, NJ 07068-1640
517768569     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517808910     +U.S. Bank National Association as Legal Title Trus,    Fay Servicing, LLC,
               3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
517712066     +Vanz, LLC,    c/o Fein, Such, Kahn & Sheppard, P.C.,    7 Century Drive, Suite 201,
               Parsippany, NJ 07054-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2018 00:10:04      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2018 00:10:01      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517687441      E-mail/Text: cio.bncmail@irs.gov Dec 19 2018 00:09:26      Internal Service Revenue,
               PO Box 7346,    Philadelphia, PA 19101-7346
517769590      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2018 00:12:29      LVNV Funding LLC,
               c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
517813176      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2018 00:13:03      LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517800874      E-mail/Text: bkdepartment@rtresolutions.com Dec 19 2018 00:10:19
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
                                                                                               TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517712054*    +Alexandra T. Garcia,    McCabe Weisberg & Conway,    216 Haddon Avenue,    Suite 303,
               Collingswood, NJ 08108-2811
517712057*    +Emmanuel J. Argentieri,    Romano Garubo & Argentieri,    52 Newton Avenue,    PO Box 456,
               Woodbury, NJ 08096-7456
517712058*     Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517712059*     Internal Service Revenue,    PO Box 7346,    Philadelphia, PA 19101-7346
517769591*     LVNV Funding LLC,    c/o Resurgent Capital Services,    P O Box 10675,
               Greenville, SC 29603-0675
517712064*    +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517712065*    +Stern Lavingthal & Frankenberg,    105 Eisenhower Parkway, ste. 302,    Roseland, NJ 07068-1640
517712060    ##+Lancer Investments, LLC,    PO Box 1377,    Fair Lawn, NJ 07410-8377
                                                                                              TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2         User: admin              Page 2 of 2         Date Rcvd: Dec 18, 2018
                             Form ID: 186             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              Jordan Seth Blask    on behalf of Creditor    U.S. Bank National Association as Legal Title Trustee
               for Truman 2016 SC6 Title Trust jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, L.P. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Erinaldo Candidio Braga bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 9
```