UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

**Order Filed on December 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Erinaldo Braga
                   Debtors

Case No.: 18-25713

Adv. No.:

Hearing Date: 11/01/2018

Judge: Vincent F. Papalia

# ORDER RESOLVING MOTION TO ALLOW POWER OF ATTORNEY TO APPEAR ON BEHALF OF DEBTOR AT 341 HEARING

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 18, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor: Erinaldo Braga
Debtor's Case No: 18-25713(VFP)
Order Resolving Motion to Allow Power of Attorney to appear on behalf of Debtor at 341 Hearing

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order allowing power of attorney to appear on behalf of debtor at 341 hearing, and the Court having considered the papers submitted and any objections, and for good cause appearing;

**ORDERED**:

1. Debtor's counsel must serve creditors* with the date and time of the hearing once it is scheduled by the Trustee; at least seven days prior to the hearing:

2. Debtor's counsel must provide access for any creditor wishing to appear telephonically;

3. A notary public or embassy official must be physically present with the debtor to ensure that the person on the phone is the debtor in this case and must take all identification at that time. Said person shall provide a certification to the Trustee indicating that they were able to personally verify debtor's picture identification and proof of social security.

4. All of the necessary documentation required to conduct a 341a must be provided prior to the scheduling of the telephonic hearing.

5. Debtor's counsel will be responsible for setting up the telephone conference with the debtor, the Office of the Standing Trustee and all creditors, at Debtor's sole expense.

6. If the matter is not resolved, the parties will discuss the use of written Interrogatories.

*and any party that filed a Notice of Appearance with a copy of this Order and

United States Bankruptcy Court
District of New Jersey

In re:  
Erinaldo Candidio Braga  
    Debtor

Case No. 18-25713-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 18, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.  
db         Erinaldo Candidio Braga,   PO Box 1042,   Bedminster, NJ   07921-1042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, L.P. dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title  
           Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com  
          Jordan Seth Blask    on behalf of Creditor    U.S. Bank National Association as Legal Title Trustee  
           for Truman 2016 SC6 Title Trust jblask@tuckerlaw.com,  
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com  
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...  
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, L.P. rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William H. Oliver, Jr.    on behalf of Debtor Erinaldo Candidio Braga bkwoliver@aol.com,  
           R59915@notify.bestcase.com  
                                                                                                         TOTAL: 9