Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−25713−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Erinaldo Candidio Braga
 PO Box 1042
 Bedminster, NJ 07921−1042

Social Security No.:
 xxx−xx−6915

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/27/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 27, 2018
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-25713-VFP
Erinaldo Candidio Braga                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Dec 27, 2018
                        Form ID: 148    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2018.
```
db              Erinaldo Candidio Braga,    PO Box 1042,   Bedminster, NJ 07921-1042
517687438      +Alexandra T. Garcia,    McCabe Weisberg & Conway,    216 Haddon Avenue,   Suite 303,
                 Collingswood, NJ 08108-2811
517712055      +Citibank Home Depot,    c/o O'Brien & Taylor,    PO Box 505,   Caldwell, NJ 07007-0505
517712056       Colorado Capital,    c/o Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
517687439      +Emmanuel J. Argentieri,    Romano Garubo & Argentieri,    52 Newton Avenue,    PO Box 456,
                 Woodbury, NJ 08096-7456
517687440       Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517751447      +Lancer Investments LLC,    Jerome OBrien Esq,   PO box 505,   West Caldwell NJ 07007-0505
517712067      +Maria Freitas,    190 Emmet St., #3,   Newark, NJ 07114-2720
517765263      +NCB Management Services Inc,    1 Allied Dr,    Trevose PA 19053-6945
517712061      +New Century Financial,    c/o Pressler & Pressler, L.L.P.,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517712068      +Roberto Teixeira,    190 Emmet St., #2,   Newark, NJ 07114-2720
517712062       Shellpoint Mortgage Servicing,    PO Box 51850,    Livonia, MI 48151-5850
517687442       Shellpoint Mortgage Servicing,    PO Box51850,    Livonia, MI 48151-5850
517712063      +Specialized Laon,    Specialized Laon Servicing, LLC,    8742 Lucent Blvd., Ste. 300,
                 Littleton, CO 80129-2386
517687443      +Specialized Laon Servicing, LLC,    8742 Lucent Blvd., Ste. 300,    Littleton, CO 80129-2386
517687444      +State of New Jersey,    Division of Taxation,    PO Box 245,   Trenton, NJ 08602-0245
517687445      +Stern Lavingthal & Frankenberg,    105 Eisenhower Parkway, ste. 302,   Roseland, NJ 07068-1640
517768569      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517808910      +U.S. Bank National Association as Legal Title Trus,    Fay Servicing, LLC,
                 3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
517712066      +Vanz, LLC,    c/o Fein, Such, Kahn & Sheppard, P.C.,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 23:24:50      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 23:24:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517687441       EDI: IRS.COM Dec 28 2018 03:43:00      Internal Service Revenue,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517769590       EDI: RESURGENT.COM Dec 28 2018 03:43:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
                 P O Box 10675,    Greenville, SC 29603-0675
517813176       EDI: RESURGENT.COM Dec 28 2018 03:43:00      LVNV Funding, LLC,   c/o Resurgent Capital Services,
                 PO BOX 10587,   Greenville, SC 29603-0587
517800874       E-mail/Text: bkdepartment@rtresolutions.com Dec 27 2018 23:25:01
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517712054*     +Alexandra T. Garcia,    McCabe Weisberg & Conway,    216 Haddon Avenue,   Suite 303,
                 Collingswood, NJ 08108-2811
517712057*     +Emmanuel J. Argentieri,    Romano Garubo & Argentieri,    52 Newton Avenue,   PO Box 456,
                 Woodbury, NJ 08096-7456
517712058*      Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517712059*      Internal Service Revenue,    PO Box 7346,   Philadelphia, PA 19101-7346
517769591*      LVNV Funding LLC,    c/o Resurgent Capital Services,    P O Box 10675,
                 Greenville, SC 29603-0675
517712064*     +State of New Jersey,    Division of Taxation,    PO Box 245,   Trenton, NJ 08602-0245
517712065*     +Stern Lavingthal & Frankenberg,    105 Eisenhower Parkway, ste. 302,   Roseland, NJ 07068-1640
517712060     ##+Lancer Investments, LLC,    PO Box 1377,   Fair Lawn, NJ 07410-8377
                                                                                   TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 27, 2018
                              Form ID: 148             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              Jordan Seth Blask    on behalf of Creditor    U.S. Bank National Association as Legal Title Trustee
               for Truman 2016 SC6 Title Trust jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, L.P. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Erinaldo Candidio Braga bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 9
```