| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust |
| ERINALDO CANDIDIO BRAGA<br>xxx-xx-0915<br>                    Debtor. |

Order Filed on January 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        18-25713
Chapter:         13
Judge:           VFP
Hearing Date:    January 3, 2019 @ 10:00 a.m.

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 8, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)
Debtor:   ERINALDO BRAGA
Case No:  18-25713/VFP
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

Upon the motion of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

**505 Hickory Street, Kearny, New Jersey 07032.**

It is further ORDERED that Movant may offer and provide Debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.