UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ 07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on April 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ERINALDO CANDIDO BRAGA,

Debtor

Case No.: 18-25713

Chapter: 13

Hearing Date: 2/7/19 @ 2:00 pm

Judge: Vincent P. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: April 2, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____1,900_____ for services rendered and expenses in the amount of $_____31_____ for a total of $_____1,931_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority, and/or outside the bankruptcy case since it has now been dismissed.
❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.