UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Erinaldo Candidio Braga

Order Filed on December 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-25713

Adv. No.:

Hearing Date:

Judge: Chief Judge Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 14, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On November 11, 2020, an application was filed for the Claimant(s), Erinaldo Candido Braga, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $10,367.61 held in unclaimed funds be made payable to Erinaldo Candido Braga and be disbursed to the payee at the following address:

1777 Union Ave

Niceville, FL 32578

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*