| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

**Order Filed on December 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Erinaldo Candidio Braga

Case No.: 18-25713

Adv. No.:

Hearing Date:

Judge: Chief Judge Michael B. Kaplan

# ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 14, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On <u>November 11, 2020</u>, an application was filed for the Claimant(s), <u>Erinaldo Candido Braga</u>, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $<u>10,367.61</u> held in unclaimed funds be made payable to <u>Erinaldo Candido Braga</u> and be disbursed to the payee at the following address:

<u>1777 Union Ave</u>

<u>Niceville, FL 32578</u>

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 18-25713-VFP

Erinaldo Candidio Braga                                                                          Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Erinaldo Candidio Braga, PO Box 1042, Bedminster, NJ 07921-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020                                        Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON et al ... dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Jordan Seth Blask | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust jblask@fbtlaw.com agilbert@tuckerlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor THE BANK OF NEW YORK MELLON et al ... kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Leonard R Boyer | on behalf of Debtor Erinaldo Candidio Braga lrbnjesq@gmail.com  mcordova48890@aol.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

Rebecca Ann Solarz
    on behalf of Creditor MTGLQ Investors L.P. rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor Erinaldo Candidio Braga courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 10